**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SECURITY BENEFIT LIFE INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-80-SDJ** |
| **ROYCIE BERNARD, ET AL** | |

# JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendant Jayne Bates. This matter is dismissed with prejudice, with each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on September 10, 2024.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**