**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SECURITY BENEFIT LIFE INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-80-SDJ** |
| **ROYCIE BERNARD, ET AL** | |

**ORDER**

Before the Court is a Motion for Disbursement of Registry Funds (R. Doc. 42), filed by counsel of record for Defendant Jayne Bates. The Motion is unopposed. Following a bench trial of this interpleader action, this Court, on August 12, 2024, issued an opinion, finding in favor of Defendant Jayne Bates (R. Doc. 41).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is authorized and directed to draw a check on the funds deposited in the registry of this Court [receipt no. 31605] in the principal amount of $171,274.75, plus all interest earned less the assessment fee for the administration of funds, payable to JOHN S. MCLINDON and mail it to John S. McLindon, 12345 Perkins Rd. Bldg. 2, Suite 202, Baton Rouge, LA 70810.

Signed in Baton Rouge, Louisiana, on September 25, 2024.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**